UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIA MEDINA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>ARAMARK SERVICES, Inc.;<br><br>　　　Defendant. | Civil Action No.<br><br><br>OCTOBER 6, 2014 |

### ARAMARK SERVICES, INC.'S NOTICE OF REMOVAL
### PURSUANT TO 28 U.S.C. §§ 1441 AND 1446

TO THE CLERK OF THE COURT:

Defendant Aramark Services, Inc. ("Aramark") gives notice of the removal of this action from the Connecticut Superior Court, Judicial District of Hartford at Hartford to the United States District Court for the District of Connecticut pursuant to 28 U.S.C. §§ 1441 and 1446, whereby this Court has subject matter jurisdiction. Aramark's grounds for removal are more particularly stated as follows:

1.　　On August 28, 2014, Plaintiff commenced this action by filing a Complaint ("Complaint") in the Connecticut Superior Court, Judicial District of Hartford at Hartford, captioned as Maria Medina v. Aramark Services, Inc., bearing docket no. HHD-CV-14-6053864-S. On or about September 5, 2014, Aramark received a copy of the Summons and Complaint by a process server. A true and correct copy of the Summons and Complaint served on the Defendant are attached hereto as Exhibit A.

2.　　No other proceedings have been held in the Connecticut Superior Court, and the Summons and Complaint constitute all processes and pleadings served upon Aramark in this case.

3. The Complaint asserts claims against Aramark for violations of Conn. Gen. Stat. § 46a-60(a)(1).

4. Section 1441(a) of Title 28 of the United States Code provides in relevant part that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant . . . to the district court of the United States for the district and division embracing the place where such action is pending."

5. Under these standards, this action is removable to this Court pursuant to Section 1441 because the Court has original jurisdiction over the matter as there is complete diversity of citizenship between the parties.

6. Aramark's headquarters and principal place of business is located at 1101 Market Street, Philadelphia, PA 19107.

7. Pursuant to 28 U.S.C. §1332(c)(1), a corporation is deemed to be a citizen of any state in which it has been incorporated and of any state where it has its principal place of business. Aramark Services, Inc.'s ultimate parent is Aramark, which is a corporation formed under the laws of the State of Delaware and has its headquarters and its principal place of business in the State of Pennsylvania.

8. Plaintiff alleges that she resides in Newington, Connecticut. See Compl., ¶ 4.

9. While Plaintiff does not quantify the amount of damages she is seeking to recover, her Complaint states that the amount in demand is in excess of $15,000 exclusive of interest and costs. Further, it appears to a reasonable probability that she can recover at least $75,000. See Mehlenbacher v. Akzo Nobel Salt, Inc., 216 F.3d 291, 296 (2d Cir. 2000) (holding that "a defendant is not required to prove the amount in controversy to an absolute certainty;

instead, the defendant has the burden of proving that it appears to a reasonable probability that the claim is in excess of the statutory jurisdictional amount."). In the Complaint, Plaintiff seeks damages for (1) money damages, (2) damages for lost wages, front pay and reinstatement, (3) damages for emotional distress, (4) punitive damages, (5) reasonable attorneys' fees and costs, and (6) such other relief as the Court deems appropriate.

10. Because the parties are diverse, and it appears to a reasonable probability Plaintiff could recover at least $75,000 if she prevailed in this action (which Aramark disputes), removal is proper under 28 U.S.C. §§ 1332(a) and 1441.

11. The United States District Court for the District of Connecticut is a proper venue for removal because it is the federal judicial district in which the Complaint alleges that a substantial part of the alleged events and/or conduct giving rise to the claim occurred. Additionally, the court where the state court action was brought and is pending is located within the United States District Court for the District of Connecticut, and therefore is the proper district court to which this case should be removed.

12. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely filed with this Court because thirty days have not expired since Aramark received the Complaint. Upon information and belief, no other defendant in this action has been served with the Complaint.

13. Pursuant to 28 U.S.C. § 1446(d), Aramark is simultaneously filing copies of all process, pleadings, and orders existing on file in the State court in this removed action. Further, pursuant to 28 U.S.C. § 1446(d), Aramark will properly give written notice of this filing to Plaintiff and file a true and correct copy of this Notice of Filing Notice of Removal ("Notice of

Filing") with the Clerk of the Connecticut Superior Court, Judicial District of Hartford at Hartford. A copy of such Notice of Filing is attached hereto as Exhibit B.

14. By filing a Notice of Removal in this matter, Aramark does not waive its right to assert any and all defenses and/or objections in this case.

15. The undersigned is counsel for and is duly authorized to effect removal on behalf of Aramark.

WHEREFORE, Defendant Aramark Services, Inc. respectfully requests that this action be removed from the Connecticut Superior Court, Judicial District of Harford at Hartford and that this Court take jurisdiction over further proceedings.

DEFENDANT,
ARAMARK SERVICES, INC
By: */s/ Jonathan B. Orleans*
Jonathan B. Orleans
Rachel L. Ginsburg
**PULLMAN & COMLEY, LLC**
850 Main Street
P. O. Box 7006
Bridgeport, CT 06604
Juris No. 47892
Telephone: 203 330 2000
Fax: 203 576 8888
jborleans@pullcom.com
rginsburg@pullcom.com

MORGAN, LEWIS & BOCKIUS LLP

DATED: October 6, 2014

*/s/ Anna Kolontyrsky*
Anna Kolontyrsky
101 Park Avenue
New York, NY 10178-0060
Telephone: 212.309.6654
Fax: 212.309.6001
akolontyrsky@morganlewis.com

*Attorneys for Defendant
Aramark Services, Inc.*

4

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of October 2014, a copy of the foregoing Notice of Removal was electronically filed with the court and sent by first-class mail, postage pre-paid, to:

Amanda DeMatteis
Cicchiello & Cicchiello, LLP
364 Franklin Avenue
Hartford, Connecticut, 06114
(860) 296-3457 (Phone)
(860) 296-0676 (Fax)

*Attorneys for Plaintiff*

s/ *Jonathan B. Orleans*
Jonathan B. Orleans
Rachel L. Ginsburg